AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-293

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Digital Media Solutions, Inc.
was received by me on *(date)* 01/25/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On 01/25/2022 at 3:12 P.M. I served the summons on Kathy Hundley of Universal Registered Agents, Inc. located at 300 Creek View Road, Suite 209, Newark, Delaware 19711 - as registered agent for Digital Media Solutions, Inc., the corporate defendant.

My fees are $ 0.00 for travel and $ 51.80 for services, for a total of $ 51.80 .

I declare under penalty of perjury that this information is true.

Date: 01/25/2022

*Server's signature*

Jeffrey L. Butler - process server
*Printed name and title*

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
*Server's address*

Additional information regarding attempted service, etc:
physical description of person served (Kathy Hundley): white, female, 5'7", 150 lbs., brown hair