UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>-against-<br><br>DIGITAL MEDIA SOLUTIONS, INC.,<br><br>*Defendant*. | 1:22-cv-00293-EK-LB<br><br>**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice and without costs to any party.

Dated: December 7, 2023

*s/ Todd C. Bank*
TODD C. BANK,
 ATTORNEY AT LAW, P.C.
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York  11415
(718) 520-7125
By Todd C. Bank

*Counsel to Plaintiff*

*s/ Neil E. Asnen*
KLEIN MOYNIHAN TURCO LLP
450 Seventh Avenue
40th Floor
New York, NY  10123
(212) 246-0900
By:  Neil E. Asnen

*Counsel to Defendant*